AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gaughan, Patricia A. | U.S. District Court, N.D. Ohio | 05/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | St. John Medical Center Community Board |
| 2. | Member - Board of Directors | Magnificat High School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | PERS - mandatory public retirement plan covering state and local public employees (SEE Chap 145 of the Ohio Revised Code) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/17/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | St. Raphael Church (administration) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Keybank National Association Savings Account | A | Interest | J | T | | | | | |
| 2. Third Federal Savings Checking Account | A | Interest | J | T | | | | | |
| 3. Ohio PERS Retirement Fund | | None | L | T | | | | | |
| 4. IRA - Columbus Life Insurance Co. Deferred Annuity | A | Interest | J | T | | | | | |
| 5. IRA - Phoenix Home Life Flexible Annuity | A | Interest | J | T | | | | | |
| 6. IRA - UBS cash equivalent | C | Int./Div. | L | T | | | | | |
| 7. UBS Resource Management Brokerage Account #1 | | None | | | | | | | |
| 8. UBS Resource Management Brokerage Account #2 | | None | | | | | | | |
| 9. UBS Resource Management BrokerageAccount #3 | | None | | | | | | | |
| 10. IRA - UBS cash equivalent | B | Int./Div. | K | T | | | | | |
| 11. UBS Resource Management Brokerage Account #4 | | | | | | | | | |
| 12. -UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 13. -Pace Money Market Investments Fund Class P | A | Interest | J | T | | | | | |
| 14. -American Funds Smallcap World F-1 | A | Dividend | J | T | | | | | |
| 15. -Artisan International Value Inv | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 16. -Artisan Value Fund Investor Class | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 17. -JP Morgan Large Cap Growth Fund Class A | A | Dividend | J | T | Buy | 03/29/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 19.   -Oppenheimer Developing Markets Fund Cl A | A | Dividend | J | T | Buy | 03/30/12 | J | | |
| 20. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 21.   -Prudential Jennison Equity Income Fund A | A | Dividend | K | T | Buy | 03/27/12 | K | | |
| 22. | | | | | Buy (add'l) | 03/29/12 | K | | |
| 23.   -Third Ave Tr Real Estate Value FD | A | Dividend | J | T | | | | | |
| 24.   -THORNBERG CORE GROWTH FUND CLASS A | A | Dividend | J | T | | | | | |
| 25.   -THORNBURG INTLVALUE FUND I | A | Dividend | J | T | | | | | |
| 26.   -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND A | A | Dividend | J | T | Buy | 03/30/12 | J | | |
| 27. | | | | | Sold (part) | 03/30/12 | J | | |
| 28.   -JP MORGAN CORE BOND FUND CLASS A | A | Dividend | K | T | Buy | 03/30/12 | K | | |
| 29. | | | | | Sold (part) | 11/28/12 | J | A | |
| 30.   -LOOMIS SAYLES INVESTMENT GRADE BOND FUND CLASS A | A | Dividend | J | T | Buy | 03/29/12 | J | | |
| 31.   -PIMCO TOTAL RETURN FUND CLASS A | B | Dividend | K | T | Buy | 03/30/12 | K | | |
| 32. | | | | | Sold (part) | 11/28/12 | J | A | |
| 33.   -PRUDENTIAL SHORT-TERM CORPORATE BOND FUND CLASS A | A | Dividend | K | T | | | | | |
| 34.   -PRUDENTIAL SHORT-TERM CORPORATE BOND FUND | A | Dividend | | | Buy | 03/30/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/28/12 | J | A | |
| 36.  PRUDENTIAL SHORT-TERM CORPORATE BOND FUND INC | A | Dividend | | | Sold | 03/29/12 | K | A | |
| 37.  -FT-FRANKLIN INCOME A FBOID | B | Dividend | K | T | Buy | 03/29/12 | K | | |
| 38.  -IVY ASSET STRATEGY FUND CLASS A | A | Dividend | K | T | Buy | 03/30/12 | K | | |
| 39.  -PRINCIPAL GLOBAL DIVERSIFIED INCOME FUND CLASS A | A | Dividend | K | T | | | | | |
| 40.  -AQR MANAGED FUTURES STRATEGY FUND CLASS N | A | Dividend | J | T | Buy | 04/02/12 | J | | |
| 41.  -ALTRIA GROUP INC | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 42.  -AQR MANAGED FUTURES STRATEGY FUND CLASS I | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 43.  -AT&T INC | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 44.  BANK OF MONTREAL CANADA | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 45.  -BCE INC NEW CAD | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 46.  -BRISTOL MYERS SQUIBB CO | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 47.  -CBL & ASSOC PPTYS INC | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 48.  -CHEVRON CORP | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 49.  -DIAMOND OFFSHORE DRILLING INC | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 50.  -DIGITAL REALTY TRUST INC REIT | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 51.  -DOMINION RESOURCES INC VA | A | Dividend | | | Sold | 03/27/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ENERGY TRANSFER EQUITY LP UNITS LTD | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 53. -ENTERPRISE PRODUCTS PARTNER LP MLP | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 54. -FIRSTENERGYCORP | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 55. -FRANKLIN HIGH INCOME FUND ADVISOR CLASS | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 56. -FRANKLIN HIGH INCOME FUND CLASS A | A | Dividend | | | Buy | 03/30/12 | J | | |
| 57. | A | | | | Sold | 11/28/12 | J | A | |
| 58. -HEINZ H J CO | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 59. -HUSSMAN INVT TR STRATEGIC GROWTH FD | A | Dividend | | | Sold | 11/28/12 | J | A | |
| 60. -IVY ASSET STRATEGY FUND CLASS I | A | Dividend | | | Sold | 03/29/12 | K | A | |
| 61. -JP MORGAN CORE BOND FUND SELECT | A | Dividend | | | Sold | 03/29/12 | K | A | |
| 62. -JP MORGAN EQUITY INCOME FUND CLASS A | | | | | | | | | |
| 63. -JP MORGAN LARGE CAP GROWTH FUND SELECT | | | | | | | | | |
| 64. -KINDER MORGAN ENERGY PARTNERS MLP | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 65. -LILLY ELI & CO | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 66. -LOOMIS SAYLES INVESTMENT GRADE BOND CLASS Y | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 67. -LORILLARD INC | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 68. -MERCK & CO INC | A | Dividend | | | Sold | 03/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -OPPENHEIMER DEVELOPING MARKETS CLASS Y | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 70. -PACE MONEY MARKET INVESTMENTS FUND | A | Dividend | | | Buy | 11/12/12 | J | | |
| 71. -PIMCO TOTAL RETURN FUND CLASS P | A | Dividend | | | Sold | 03/29/12 | K | A | |
| 72. -SPECTRA ENERGY CORP | A | Dividend | | | Sold | 03/27/12 | J | A | |
| 73. -THORNBERG CORE GROWTH FUND | A | Dividend | | | Buy | 03/30/12 | J | | |
| 74. -THORNBERG CORE GROWTH FUND I | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 75. VERIZON COMMUNICATIONS INC | A | Dividend | | | Sold | 03/28/12 | J | A | |
| 76. -WEITZ HICKORY FUND FBOID | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 77. -WELLS FARGO INTERNATIONAL BOND FUND | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 78. | | Dividend | | | Buy (add'l) | 03/30/12 | J | | |
| 79. | | Dividend | | | Sold | 11/28/12 | J | A | |
| 80. -WILLIAMS PARTNERS LP UNIT LTD PARTNERSHIP | A | Dividend | | | Sold | 03/27/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/17/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

LINE 8. This asset was inadvertently omitted from the most recent prior disclosure report. Brokerage Account #2 was opened on 07/01/11 with a value code of K. Brokerage Account #2 was distributed to Brokerage Account #4 on 09/01/11.

LINES 6, 7, and 8. These accounts were consolidated into Brokerage Account #4 in September and October 2011 and are officially closed.

Line 62. Purchase of this asset was cancelled on 3/27/2012 and should not have been listed as a "Buy".

Line 63. Purchase of this asset was cancelled on 3/27/2012 and should not have been listed as a "Buy".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Gaughan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544